WILLIAM DEERING *vs.* PETER JOHNSON.

January 15, 1885.

**Motion for New Trial after Judgment.**—An application for a new trial
in the district court, made more than one year after the entry of judg-
ment, *held* too late; following *Kimball* v. *Palmerlee*, 29 Minn. 302.

Appeal by plaintiff from an order of the district court for Murray
county, *Severance*, J., presiding, refusing a new trial.

*Chas. W. Main*, for appellant.

*H. C. Grass* and *John Lind*, for respondent.

VANDERBURGH, J.   The appeal in this case is from an order deny-
ing a new trial, made upon the settled case and upon affidavits, on
the ground of newly-discovered evidence.   It must be disposed of on
the point made by the defendant, that the application for a new trial
in the district court, made after the time to appeal from the judg-
ment, and more than one year after the entry thereof, was too late.

The judgment was entered on the 26th day of January, 1883, and
the motion for a new trial was made on the 25th of February, 1884.
The fact that the defendant accepted and agreed to the proposed case
after the time to appeal from the judgment had expired, constituted
no waiver of his right to object to the motion, particularly as no ex-
cuse whatever appears for the subsequent delay of six months.   We
think, therefore, the objection to the hearing of the motion in the
court below might properly have been sustained under the rule in
*Conklin* v. *Hinds*, 16 Minn. 411, (457,) and *Kimball* v. *Palmerlee*, 29
Minn. 302.   The application was, however, denied on the merits, which
we need not consider, as the order denying a new trial must in any
event be affirmed on the ground above stated.

Ordered accordingly.